UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. SMITH,

        Plaintiff,

  v.

CINEMA 7 CORP. et al,

        Defendant.
                                       /

Case Number: CV07-04586 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 2, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael A. Smith
2540 East 24th Street
Oakland, CA 94601-1208

Dated: October 2, 2007

                                            Richard W. Wieking, Clerk
                                            By: Barbara Espinoza, Deputy Clerk